IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ELAINE BLANKENSHIP,

     Petitioner,

v.                            Civil Action No: 1:12-02964

ALDERSON FEDERAL PRISON CAMP,

     Respondent.


## MEMORANDUM OPINION AND ORDER

Pending before the court are petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. No. 1), and her motion for leave to proceed in forma pauperis. (Doc. No. 2).  By Standing Order, this matter was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  (Doc. No. 6).  Magistrate Judge VanDervort submitted to the court his Proposed Findings and Recommendation on April 24, 2015.  In the PF&R, Magistrate Judge VanDervort recommended that the district court deny petitioner's motion for leave to proceed in forma pauperis, dismiss her petition for a writ of habeas corpus, and remove this matter from the court's docket.  (Doc. No. 7).

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing

days, in which to file any objections to the PF&R.  The failure
to file such objections constitutes a waiver of the right to a
de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363
(4th Cir. 1989).

Petitioner failed to file any objections to the Magistrate
Judge's PF&R within the seventeen-day period.  Having reviewed
the PF&R filed by Magistrate Judge VanDervort, the court adopts
the findings and recommendations contained therein.

Additionally, the court has considered whether to grant a
certificate of appealability.  See 28 U.S.C. § 2253(c).  A
certificate will not be granted unless there is "a substantial
showing of the denial of a constitutional right."  Id. §
2253(c)(2).  The standard is satisfied only upon a showing that
reasonable jurists would find that any assessment of the
constitutional claims by this court is debatable or wrong and
that any dispositive procedural ruling is likewise debatable.
Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v.
McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,
683–84 (4th Cir. 2001).  The court concludes that the governing
standard is not satisfied in this instance.  Accordingly the
court **DENIES** a certificate of appealability.

The court hereby **ADOPTS** the factual and legal analysis
contained within the PF&R, **DENIES** petitioner's motion for leave
to proceed in forma pauperis, (Doc. No. 2), **DISMISSES**

2

petitioner's petition for a writ of habeas corpus, (Doc. No. 1), and **DIRECTS** the Clerk to remove this case from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to petitioner, pro se.

It is SO ORDERED this 13th day of May, 2015.

ENTER:

David A. Faber
Senior United States District Judge

3